KINGS COUNTY TRUST COMPANY, as Executor of WILLIAM F. ARMSTRONG, Appellant, *v.* WALTER W. LAW, JR., et al., Constituting the STATE TAX COMMISSION, Respondents.

*Tax — when income tax properly assessed against income of estate received during administration even though it eventually passes under the will to charitable or educational institutions.*

*Kings County Trust Co.* v. *Law,* 201 App. Div. 181, affirmed.
(Argued November 21, 1922; decided December 12, 1922.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 2, 1922, which unanimously confirmed, on certiorari, a determination of the state tax commission imposing an income tax upon the estate of William F. Armstrong, deceased. The executor paid the tax under protest, contending that the major part of the income passes to charitable and educational institutions and is, therefore, exempt under section 359, subdivision 2g, of the Tax Law. It was held that the income having been received during the period of administration within the year allowed for settlement of the estate, it was taxable under section 365 of the Tax Law.

*Ernest C. Brower* and *Avrom M. Jacobs* for appellant.
*Charles D. Newton, Attorney-General (James S. Y. Ivins* and *Laurence Graves* of counsel), for respondents.

*Franklin B. Lord* and *William H. Bellinger* for Columbia University, *amicus curiæ.*

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND and ANDREWS, JJ. Dissenting: CARDOZO, McLAUGHLIN and CRANE, JJ.